344 A.2d 459

Thomas S. EMERICK

v.

Joseph DINUBILE, in his own right and as Executor of the Estate of Anna DiNubile and Anna DiNubile, his wife, Appellants.

Supreme Court of Pennsylvania.

Argued June 26, 1975.

Decided Oct. 3, 1975.

James E. DelBello, Media, for appellants.

M. Kay Gartrell, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Costs on appellants.